UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELLIS RANDOLPH CARSON,

                        Plaintiff,                       **ORDER**

-against-                                     22 Civ. 9841 (NSR)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-------------------------------------------------------------X

On June 22, 2023, the Commissioner of Social Security ("Commissioner") filed a motion to dismiss the complaint. (Docket No. 15). Under the Order of Service and Scheduling Order issued by the Honorable Nelson S. Román, Plaintiff's answering brief was due "within 60 days of the filing of the Commissioner's motion." [1] (Docket No. 9). To date, no response has been filed. Therefore, Plaintiff is directed to submit a response by October 6, 2023 or the Court will deem the motion unopposed.

Dated: September 21, 2023
           White Plains, New York

                                                        **SO ORDERED:**

                                                          JUDITH C. McCARTHY
                                                        United States Magistrate Judge

---

[1] Plaintiff, who is proceeding *pro se*, was served with Commissioner's motion on July 15, 2023. (Docket No. 17). Thus, the Court calculates Plaintiff's response deadline from the date of service rather than the date of filing.