**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELLIS R. CARSON,

                  Plaintiff,                  22 **CIVIL** 9841 (NSR)(JCM)

     -v-                                      **<u>JUDGMENT</u>**

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,
                  Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2024, the Court has adopted MJ McCarthy's R & R in its entirety. In accordance with the R & R, Plaintiff's complaint is deemed Dismissed and judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2024

                                              **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                         **BY:**     *K. Mango*
                                              **Deputy Clerk**